**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**PATTI MIXON WRIGHT**

**CHAPTER 13 NO: 18-11509-JDW**

7370 NORTHBROOK DRIVE
HORN LAKE, MS 38637

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from **$511.50  ( MONTHLY )** to **$517.50  ( MONTHLY )** effective in **4/2019** . Your plan payment is being remitted **by your employer / direct / by automatic bank draft.**

The reason for the changes in your plan payment is:

   **XX**    Due to a change in your monthly mortgage payment;

  _____   Due to a claim being filed for a different amount than scheduled;

  _____   Due to entry of an order;

  _____   Other: _____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,** please be aware that the Trustee **DOES NOT** accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

    Locke D. Barkley
    Chapter 13 Trustee
    P.O. Box 1859
    Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 3/18/2019

CC:  OLUFEMI SALU
      SALU & SALU LAW FIRM, PLLC
      2129 STATELINE ROAD W
      SOUTHAVEN, MS 38671

Respectfully submitted,
Locke D. Barkley


/s/  Locke D. Barkley
CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  3/18/2019

/s/  Locke D. Barkley

Locke D. Barkley
CHAPTER 13 TRUSTEE